■ In the Matter of the Application of SIDNEY BAUMGARTEN, a Disbarred Attorney. [767 NYS2d 567] —Application for reinstatement as an attorney and counselor-at-law in the State of New

York granted only to the extent of referring this matter to a Hearing Panel for a hearing and report, as indicated. No opinion. Concur—Nardelli, J.P., Mazzarelli, Andrias, Sullivan and Ellerin, JJ.